KATHY E. MOUNT, SBN: 104736
kmount@meyersnave.com
JASMIN Y. DANESHGAR, SBN 239098
jdaneshgar@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 – 12th Street, Suite 1500
Oakland, California  94607
Telephone:  (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG LEMMON,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO,<br><br>       Defendant. | Case No. C06-07107 MHP<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO FILE RESPONSE TO COMPLAINT** |

The parties hereby stipulate that the time for defendant City of San Leandro to answer or otherwise respond to the complaint in this matter is extended to no later than January 22, 2007.

Dated: January 3, 2007      MEYERS, NAVE, RIBACK, SILVER & WILSON

By _/s/ Kathy E. Mount_
Kathy E. Mount
Attorneys for Defendant

Dated: January 4, 2007      RAINS, LUCIA & WILKINSON LLP

By _/s/ Alison Berry Wilkinson_
Alison Berry Wilkinson
Attorneys for Plaintiffs

Dated: 1/8/07

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

STIPULATION TO EXTEND TIME
TO FILE RESPONSE ...     1     *Lemmon v. City of San Leandro*
Case No. C06-07107 MHP

UPON SAID STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                Judge of the U.S. District Court

922522_1