1  Harry Stern (SBN 176854)
2  Peter Hoffmann (SBN 254354)
   **RAINS LUCIA STERN, PC**
3  2300 Contra Costa Blvd., Suite 230
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  Email: phoffmann@rlslawyers.com

6  William B. Aitchison (SBN 90642)
7  **AITCHISON & VICK, INC.**
   3021 NE Broadway
8  Portland, OR 97232
   Tel: (503) 282-6160
9  Fax: (503) 282-5877
   Email: will@aitchisonvick.com
10

11 Attorneys for Plaintiff
   GREG LEMMON
12

13
                IN THE UNITED STATES DISTRICT COURT
14
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 **GREG LEMMON**                    )  Case Number: C06-07107 MHP
                                      )
17                                    )  **STIPULATION FOR DISMISSAL**
                                      )  **WITH PREJUDICE AND FOR ENTRY**
18                                    )  **OF JUDGMENT: ORDER APPROVING**
                                      )  **STIPULATION AND DISMISSAL**
19 v.                                 )  **WITH PREJUDICE**
                                      )
20 **CITY OF SAN LEANDRO**            )
                                      )
21                                    )
                                      )
22 _____    )

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION FOR DISMISSAL WITH PREJUDICE

1     Whereas, Greg Lemmon and other City of San Leandro sworn police personnel
2 (collectively referred to as "Plaintiffs") filed a complaint in the U.S. District Court for the
3 Northern District of California on or about November 16, 2006, entitled *Greg Lemmon v. City of*
4 *San Leandro*, Case No. C06-07107 MHP ("Lawsuit") against the City of San Leandro for
5 violation of the Fair Labor Standards Act ("FLSA"), alleging that the City had failed to pay the
6 appropriate amount of FLSA overtime compensation;

7     Whereas, each Plaintiff who confirmed his or her choice to join this lawsuit has already
8 signed a "Consent to Join Action (Fair Labor Standards Act, 29 USC § 216(b))" and has not
9 withdrawn his or her consent to this date;

10     Whereas, all parties desire to fully resolve this matter and to avoid incurring further costs
11 and expenses incident to the litigation in this matter;

12     Whereas, the parties agree that this settlement is a resolution of disputed matters and is not,
13 in any way, an admission of liability, fault or wrongdoing on the part of any party;

14     IT IS HEREBY STIPULATED, by and between the parties of this action and through their
15 designated legal counsel, that the above-captioned action will be disposed of as follows:

16     1.    That the Court order that this action be dismissed with prejudice in its entirety as to
17 all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and
18 conditions stated in the attached Settlement Agreement and General Release of Claims;

19     2.    That the Plaintiffs must sign document(s) evidencing their agreement to both this
20 "Stipulation With Prejudice and for Entry of Judgment" and the "Settlement Agreement and
21 General Release of Claims" before they can receive any wage payment due under the "Settlement
22 Agreement and General Release of Claims";

23     3.    That any action to enforce the attached Settlement Agreement and General Release of
24 Claims be brought in Superior Court of California, in and for the County of Alameda; and

25 ///
26 ///
27 ///
28 ///

STIPULATION FOR DISMISSAL WITH PREJUDICE

1    4.    That the Clerk of the Court enter final judgment dismissing this action with prejudice
2    in its entirety.

4    FOR THE PLAINTIFFS

5    Dated: February 17, 2009

     *[signature]*
6    Greg Lemmon
     Named Plaintiff

8    PLAINTIFFS' COUNSEL

9                                             RAINS LUCIA STERN, PC

10   Dated: February 11, 2009                 *[signature]*
11                                            Peter Hoffmann
                                              Attorneys for Plaintiffs

13   FOR THE DEFENDANTS
14

15   Dated: February 17, 2009                 *[signature]*
16                                            Steve Hollister
                                              City Manager for Defendant

17   DEFENDANTS' COUNSEL
18                                            MEYERS NAVE
19
20   Dated: February __, 2009                 *[signature]*

                                              Samantha W. Zutler
21                                            Attorneys for Defendant

22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION FOR DISMISSAL WITH PREJUDICE

ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE

The Court having considered the parties' stipulation submitted herein and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rules of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement and General Release of Claims;

2. That any action to enforce the parties' Settlement Agreement and General Release of Claims be brought in the Superior Court of California, in and for the County of Alameda; and

3. That the Clerk of the Court enter final judgment dismissing this action with prejudice and in its entirety.

IT IS SO ORDERED

Dated: February 20, 2009



IT IS SO ORDERED

Judge Marilyn H. Patel